UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Stephen Wilhelm,<br><br>          Plaintiff,<br>     v.<br><br>NCO Financial Systems, Inc.; and DOES 1-10, inclusive,<br><br>          Defendant. | :<br>:<br>:<br>:<br>: Civil Action No.:  2:11-cv-00432-RCM<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: May 17, 2011

        Respectfully submitted,

        PLAINTIFF, Stephen Wilhelm

        /s/ Jody B. Burton

        Jody B. Burton, Esq.
        Bar No.: 71681
        **LEMBERG & ASSOCIATES L.L.C.**
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile:  (877) 795-3666
        jburton@lemberglaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 17, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By_/s/ Jody B. Burton_____

            Jody B. Burton